360 A.2d 645
Buski v. Bagley (et al., Appellant).

Argued June 22, 1976. Edwin L. Scherlis, with him Jonathan Wheeler, for appellant; William F. Sweeney, with him Harvey, Pennington, Herting & Renneisen, for appellee.

Order affirmed.

360 A.2d 653
Cahill v. Cahill, Appellant.

Argued June 15, 1976. Howard Wallner, for appellant; Marshall Frumer, with him Frumer & Etkin, for appellee.

Order affirmed.